CATALINA JOOS VERGARA (SBN 223775)
cvergara@omm.com
O'MELVENY & MYERS LLP
400 South Hope Street, 18th Floor
Los Angeles, California 90071-2899
Telephone: +1 213 430 6000
Facsimile: +1 213 430 6407

KEVIN B. HUFF (*pro hac vice* pending)
khuff@kellogghansen.com
KELLOGG, HANSEN, TODD, FIGEL &
  FREDERICK, P.L.L.C.
1615 M Street, N.W., Suite 400
Washington, D.C. 20036
Telephone: +1 202 326 7900
Facsimile: +1 202 326 7999
*(additional counsel listed on signature page)*

*Attorneys for Moving Party
Meta Platforms, Inc.*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| META PLATFORMS, INC., <br><br> Moving Party, <br><br> v. <br><br> SNAP INC., <br><br> Responding Party. | **Misc. Case No.** <br><br> Underlying action in United States District Court for the Northern District of California, No. 3:20-cv-08570-JD <br><br> **META PLATFORMS, INC.'S NOTICE OF MOTION TO COMPEL SNAP INC. TO PRODUCE DOCUMENTS** <br><br> Fact Discovery Cutoff: January 13, 2023 <br> Class Certification Expert Discovery Cutoff: March 24, 2023 <br> Merits Expert Discovery Cutoff: October 20, 2023 <br> Pretrial Conference and Trial Date: June 27, 2024 & July 15, 2024 <br> Hearing Date: August 29, 2022 |

**NOTICE OF MOTION**

**PLEASE TAKE NOTICE** that Moving Party Meta Platforms, Inc. ("Meta") files this miscellaneous action to compel Responding Party Snap Inc.'s ("Snap") compliance with Meta's Non-Party Subpoena served on February 24, 2022 ("Subpoena"). The Subpoena is part of ongoing discovery in a pending action filed by putative classes and Maximillian Klein, Sarah Grabert, Deborah Dames, Timothy Mathews, Vickie Sherman, Lezah Neville-Marrs, Jarred Johnson, Katherine Loopers, Rachel B. Kupcho, Jessica L. Layser, Charles Steinberg, Shari Rosenman, Affilious, Inc., Jessyca Frederick, NJ Premier Inc., Timothy Mills, Mark Young, Danny Collins, Joshua Jeon, 406 Property Services, PLLC, Mark Berney, MarQuisha Cork, Rita Garvin, Joe Kovacevich, Mark K. Wasvary, P.C., Melissa Ryan, Zahara Mossman, Sally Loveland, Sharon Cheatle, Janine Cortese, Tyler Boyle, and Steve McCann against Meta in the U.S. District Court for the Northern District of California. *See Klein v. Meta Platforms, Inc.*, No. 3:20-cv-08570-JD (N.D. Cal.) ("*Klein*"). In *Klein*, Facebook, Inc. was originally named as a defendant, but on February 1, 2022, following Facebook, Inc.'s name change to Meta, the Court ordered that the case caption be modified to reflect the name change.

Meta respectfully requests that the Court direct Snap to produce documents responsive to Meta's Subpoena under the protection of the Protective Order entered in the *Klein* case.

Meta's Motion To Compel Snap To Produce Documents is based on this Notice of Motion, Meta's portion of the Joint Stipulation, the Declaration of Ana N. Paul in Support of the Joint Stipulation and accompanying Exhibits A-AF, any supplemental memorandum to be filed in connection with this Motion, and such other additional information or argument as may be presented at or before the hearing on the Motion.

This Motion is made following Zoom videoconferences between counsel

pursuant to Civil Local Rule 37-1, which took place on April 6, 2022 and June 17, 2022, and written correspondence, which took place between March 22, 2022 and June 10, 2022. During that conference, the parties were unable to resolve the issues.

     A Proposed Order granting this Motion is being filed contemporaneously herewith.

Dated: August 2, 2022            O'MELVENY & MYERS LLP

                              By:    */s/ Catalina Joos Vergara*
                                     Catalina Joos Vergara

Catalina Joos Vergara
cvergara@omm.com
O'MELVENY & MYERS LLP
400 South Hope Street, 18th Floor
Los Angeles, California 90071-2899
Telephone: +1 213 430 6000
Facsimile: +1 213 430 6407

Mark C. Hansen (*pro hac vice* pending)
Kevin B. Huff (*pro hac vice* pending)
Kevin D. Horvitz (*pro hac vice* pending)
Ana Nikolic Paul (*pro hac vice* pending)
Justin B. Berg (*pro hac vice* pending)*
mhansen@kellogghansen.com
khuff@kellogghansen.com
khorvitz@kellogghansen.com
apaul@kellogghansen.com
jberg@kellogghansen.com
KELLOGG, HANSEN, TODD,
  FIGEL & FREDERICK, P.L.L.C.
1615 M Street, N.W., Suite 400
Washington, D.C. 20036
Telephone: + 1 202 326-7900
Facsimile: +1 202 326 7999
*Admitted in New York. Not admitted in District of Columbia. Practice supervised by members of the firm.

*Attorneys for Moving Party
Meta Platforms, Inc.*

META'S NOTICE OF MOTION TO COMPEL