1  CATALINA JOOS VERGARA (SBN 223775)
   cvergara@omm.com
2  O'MELVENY & MYERS LLP
   400 South Hope Street, 18th Floor
3  Los Angeles, California 90071-2899
   Telephone: +1 213 430 6000
4  Facsimile: +1 213 430 6407

5  KEVIN B. HUFF (*pro hac vice* pending)
   khuff@kellogghansen.com
6  KELLOGG, HANSEN, TODD, FIGEL &
      FREDERICK, P.L.L.C.
7  1615 M Street, N.W., Suite 400
   Washington, D.C. 20036
8  Telephone: +1 202 326 7900
   Facsimile: +1 202 326 7999
9  Attorneys for Moving Party
   Meta Platforms, Inc.
10
   *Attorneys for Moving Party*
11 *Meta Platforms, Inc.*

**UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION**

| META PLATFORMS, INC., | **Misc. Case No.** |
|---|---|
| Moving Party, | Underlying action in United States District Court for the Northern District of California, No. 3:20-cv-08570-JD |
| v. | |
| SNAP INC., | **DECLARATION OF ANA N. PAUL IN SUPPORT OF META PLATFORMS, INC.'S MOTION TO COMPEL SNAP INC. TO PRODUCE DOCUMENTS AND OPPOSITION TO SNAP INC.'S CROSS-MOTION TO QUASH SUBPOENA** |
| Responding Party. | |

Decl. of Ana N. Paul ISO Meta's Motion To Compel

# DECLARATION OF ANA N. PAUL

I, Ana N. Paul, declare:

1. I am an associate with the law firm Kellogg, Hansen, Todd, Figel & Frederick, P.L.L.C., and serve as counsel for Moving Party Meta Platforms, Inc. ("Meta"), in the above-captioned matter. I submit this Declaration in support of Meta's Motion To Compel Snap Inc. To Produce Documents and Opposition to Snap Inc.'s Cross-Motion To Quash Subpoenas. I have personal knowledge of the facts set forth herein and am competent to testify thereto if called as a witness.

2. Attached hereto as Exhibit A is a true and correct copy of an email from Ana N. Paul to Justina Sessions, dated March 22, 2022.

3. Attached hereto as Exhibit B is a true and correct copy of a letter from Justina Sessions to Mark C. Hansen, dated March 28, 2022.

4. Attached hereto as Exhibit C is a true and correct copy of a letter from Kevin B. Huff to Justina Sessions, dated April 2, 2022.

5. Attached hereto as Exhibit D is a true and correct copy of an email from John Karin to Ana N. Paul, dated April 19, 2022.

6. Attached hereto as Exhibit E is a true and correct copy of the public redacted version of the Federal Trade Commission's Substitute First Amended Complaint for Injunctive and Other Equitable Relief, in *FTC v. Meta Platforms, Inc.*, No. 1:20-cv-03590-JEB, Dkt. 82 (D.D.C. Sept. 8, 2021).

7. Attached hereto as Exhibit F is a true and correct copy of the Consolidated Consumer Class Action Complaint in *Klein v. Meta Platforms, Inc.*, No. 3:20-cv-08570-JD, Dkt. 87 (N.D. Cal. Apr. 22, 2021).

8. Attached hereto as Exhibit G is a true and correct copy of the First Amended Consolidated Advertiser Class Action Complaint in *Klein v. Meta Platforms, Inc.*, No. 3:20-cv-08570-JD, Dkt. 237 (N.D. Cal. Feb. 28, 2022).

9. Attached hereto as Exhibit H is a true and correct copy of an excerpt of the transcript of a discovery hearing held on August 19, 2021 in *United States v.*

*Google LLC*, No. 1:20-cv-03010-APM, Dkt. 180 (D.D.C. Aug. 20, 2021).

10. Attached hereto as Exhibit I is a true and correct copy of excerpts of the transcript of a status conference held on October 28, 2021 in *United States v. Google LLC*, No. 1:20-cv-03010-APM, Dkt. 249 (D.D.C. Oct. 29, 2021).

11. Attached hereto as Exhibit J is a true and correct copy of a status report dated March 30, 2018, filed in *FTC v. Qualcomm Inc.*, No. 5:17-cv-00220-LHK, Dkt. 663 (N.D. Cal. Mar. 30, 2018).

12. Attached hereto as Exhibit K is a true and correct copy of the protective order entered in *FTC v. Meta Platforms, Inc.*, No. 1:20-cv-03590-JEB, Dkt. 134 (D.D.C. Mar. 25, 2022).

13. Attached hereto at Exhibit L is a true and correct copy of the Seventh Joint Case Management Statement in *Klein v. Meta Platforms, Inc.*, No. 3:20-cv-08570-JD, Dkt. 227 (N.D. Cal. Feb. 17, 2022).

14. Exhibit M has been intentionally omitted.

15. Attached hereto as Exhibit N is a true and correct copy of an order entered on March 22, 2022 in *FTC v. Meta Platforms, Inc.*, No. 1:20-cv-03590-JEB, Dkt. 131 (D.D.C. Mar. 22, 2022).

16. Attached hereto as Exhibit O is a true and correct copy of a document titled Non-Parties' Position Statement on the Protective Order, filed in *FTC v. Meta Platforms, Inc.*, No. 1:20-cv-03590-JEB, Dkt. 135 (D.D.C. Mar. 22, 2022).

17. Attached hereto as Exhibit P is a true and correct copy of a letter from Kevin B. Huff to Justina Sessions, dated May 19, 2022.

18. Attached hereto as Exhibit Q is a true and correct copy of an email from John Karin to Ana N. Paul, dated June 10, 2022.

19. Attached hereto as Exhibit R is a true and correct copy of an excerpt of the February 3, 2022 Snap Inc. Form 10-K (Annual Report) filed with the Securities & Exchange Commission.

20. Attached hereto as Exhibit S is a true and correct copy of a Stipulated

Protective Order in *Klein v. Meta Platforms, Inc.*, No. 3:20-cv-08570-JD, Dkt. 314 (N.D. Cal. July 5, 2022).

21. Attached hereto as Exhibit T is a true and correct copy of an Order in *Klein v. Meta Platforms, Inc.*, No. 3:20-cv-08570-JD, Dkt. 315 (N.D. Cal. July 11, 2022).

22. Attached hereto as Exhibit U is a true and correct copy of Non-Party Samsung America Electronics, Inc.'s Position Statement Concerning Discovery Dispute with Plaintiffs filed in *United States v. Google LLC*, No. 1:20-cv-03010-AMP, Dkt. 244 (D.D.C. Oct. 22, 2021).

23. Attached hereto as Exhibit V is a true and correct copy of an Order dated January 13, 2022, entered in *United States v. Google LLC*, No. 1:20-cv-03010-AMP, Dkt. 276 (D.D.C. Jan. 13, 2022).

24. Attached hereto as Exhibit W is a true and correct copy of Non-Party Microsoft Corporation's Status Report Regarding Third Party Discovery filed in *United States v. Google LLC*, No. 1:20-cv-03010-AMP, Dkt. 169 (D.D.C. July 29, 2021).

25. Attached hereto as Exhibit X is a true and correct copy of a Joint Status Report of Google and Microsoft filed in *United States v. Google LLC*, No. 1:20-cv-03010-AMP, Dkt. 199-1 (D.D.C. Aug. 31, 2021).

26. Attached hereto as Exhibit Y is a true and correct copy of Non-Party Apple, Inc.'s Position Statement Concerning Third Party Discovery filed in *United States v. Google LLC*, No. 1:20-cv-03010-AMP, Dkt. 177 (D.D.C. Aug. 17, 2021).

27. Attached hereto as Exhibit Z, pursuant to C.D. Cal. Local Rule 37-2.1, is a copy of the order establishing the initial case schedule for *Klein v. Meta Platforms, Inc.*, No. 3:20-cv-08570-JD, Dkt. 74 (N.D. Cal. Mar. 18, 2021).

28. Attached hereto as Exhibit AA through Exhibit AD, pursuant to C.D. Cal. Local Rule 37-2.1, are amendments to the order establishing the initial case schedule for *Klein v. Meta Platforms, Inc.*, No. 3:20-cv-08570-JD, Dkts. 82, 115,

222, 289 (N.D. Cal.), dated April 2, 2021, July 1, 2021, February 3, 2022, and April 29, 2022.

29. Attached hereto as Exhibit AE is a true and correct copy of Advertiser Plaintiffs' Objections and Responses to Defendant Meta Platforms, Inc.'s Second Set of Requests for Admission to Advertiser Plaintiffs in *Klein v. Meta Platforms, Inc.*, No. 3:20-cv-08570-JD (N.D. Cal. July 13, 2022).

30. Attached hereto as Exhibit AF is a true and correct copy of Advertiser Plaintiffs' First Supplemental Objections and Responses to Defendant Meta Platforms, Inc.'s First Set of Interrogatories to Advertiser Plaintiffs in *Klein v. Meta Platforms, Inc.*, No. 3:20-cv-08570-JD (N.D. Cal. Apr. 29, 2022).

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury, that the foregoing is true and correct.

Executed on August 2, 2022, in Washington, D.C.

By: /s/ *Ana N. Paul*
Ana N. Paul